**No. 49587.**—Protest 12569–K of Pacific Customs Brokerage Co. (Portland, Maine).

Opinion by WALKER, J. In view of Pacific Customs Brokerage Co. (31 C. C. P. A. 102, C. A. D. 256) the claim for free entry under paragraph 1803 was sustained.

**No. 49588.**—Protests 980107–G, etc., of Pacific Customs' Brokerage Co. (Portland, Maine).

Opinion by WALKER, J. In view of Pacific Customs Brokerage Co. (31 C. C. P. A. 102, C. A. D. 256) the claim for free entry under paragraph 1803 was sustained.